## LEONARD EMIL ANDERSON v. STATE

No. 28,833. February 27, 1957.
Appellant's Motion for Rehearing Overruled April 17, 1957.
Appellant's Second Motion for Rehearing Overruled
(Without Written Opinion) May 15, 1957.

Appellant represented himself.

*Leon Douglas*, State's Attorney, Austin, for the state.

MORRISON, Presiding Judge.

The offense of robbery by assault; the punishment, 8 years.

The statement of facts appearing in the record was not filed with the clerk of the trial court within the time provided by Section 4 of Article 759a, V.A.C.C.P., and cannot be considered.

No brief has been filed. Neither of the bills of exception which appear in the record can be appraised in the absence of a statement of facts. McDaniel v. State, 156 Texas Cr. Rep. 126, 239 S.W. 2d 630.

The indictment is in all things regular and, no reversible error appearing, the judgment of the trial court is affirmed.

### ON APPELLANT'S MOTION FOR REHEARING

WOODLEY, Judge.

The jury having found appellant guilty of robbery by assault, assessed his punishment at 8 years in the penitentiary.

The minimum punishment for the offense of robbery is five years confinement in the penitentiary and the trial court in his charge correctly informed the jury as to the punishment provided by statute for said offense. (Art. 1408 P.C.)

The transcript shows that upon the verdict and judgment rendered thereon appellant was sentenced to confinement in the state penitentiary for an indeterminate term of not less than two years nor more than eight years.

The affirmance of the judgment with minimum sentence of two years is set aside.

The sentence is reformed so as to read for a term of not less than five years nor more than eight years.

As reformed the judgment is affirmed and appellant's motion for rehearing is overruled.